[No. 10491–8–I.   Division One.   May 16, 1983.]

THE CITY OF BOTHELL, ET AL, *Respondents,* v.
SNOHOMISH COUNTY, *Defendant,* SNOHOMISH
COUNTY BOUNDARY REVIEW BOARD,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81–2–00250–0, Paul D. Hansen, J.,
entered June 10, 1981. *Affirmed in part* and *remanded* by
unpublished opinion per Durham, J., concurred in by
Andersen, C.J., and Williams, J.

[No. 10056–4–I.   Division One.   May 16, 1983.]

ELLIOTT WOLF, *Appellant,* v. CARLISLE KING,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 851656, Gary M. Little, J., entered March 2,
1981. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Ringold and Scholfield, JJ.

[No. 10500–1–I.   Division One.   May 16, 1983.]

WAYNE H. ODOM, *Appellant,* v. GERALD K. FRANK,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 829625, Terrence A. Carroll, J., entered June 8,
1981. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Ringold and Scholfield, JJ.